UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANWAR M. ABDI,                                                        Civil No. 12-2087 JNE/JJK

      Plaintiff,

      v.                                                                                  O R D E R

EBRAHIM RASOOL,

      Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 24, 2012, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: September 19, 2012.

                                                  s/Joan N. Ericksen
                                                  Judge Joan N. Ericksen
                                                  U. S. District Court